IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL W. GEHRT,<br><br>Plaintiff,<br>v.<br><br>A.W. CHESTERTON COMPANY, *et al.*,<br><br>Defendants. | Cause No. 01 MDL 875<br><br>Case No. 08-CV-92066<br><br>*Trans. from IL-ND Case No. 96-CV-2071* |

FILED
JAN 3 1 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER GRANTING RAPID-AMERICAN CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Having reviewed Defendant Rapid-American Corporation's Motion for Summary Judgment and supporting materials, and having received a Stipulation of No Opposition to that motion from Plaintiff,

IT IS HEREBY ORDERED that Rapid-American Corporation's Motion for Summary Judgment is GRANTED, and that Rapid-American Corporation is dismissed from this action with prejudice and without costs to either party.

Dated this _____ day of _____, 2012.

JAN 3 0 2012

By the Court:

_____
Hon. Eduardo C. Robreno