IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS v. VARIOUS DEFENDANTS | : : : : : : | 08-92066 CASCINO VAUGHAN CASES LISTED IN EXHIBIT "A," ATTACHED |

FILED FEB 27 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### O R D E R

**AND NOW,** this **27th** day of **February, 2012,** it is hereby **ORDERED** that Defendants' Motions for Summary Judgment listed in Exhibit "A," attached, are **GRANTED** as unopposed.[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

     [1] Plaintiffs have not opposed Defendants' motions for summary judgment. As provided under local rules, for motions for summary judgment, the Court must independently determine that the moving party is entitled to judgment as a matter of law. See Loc. R. Civ. P. 7.1(c).

     The basis for Defendants' motions is that Plaintiffs have failed to raise a genuine issue of material fact as to whether Plaintiffs' asbestos-related injuries were caused by products manufactured, supplied, or distributed by these Defendants. Based on the uncontested evidence presented by Defendants, the Court concludes that these Defendants are entitled to judgment as a matter of law.

## EXHIBIT "A"

08-92066: doc. nos. 217, 212

10-68122: doc. nos. 106, 109, 148

11-63482: doc. nos. 295, 268

10-61116: doc. no. 146