IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS v. VARIOUS DEFENDANTS | : : : : | Cases listed in Exhibit "A," attached |

FILED MAR 27 2012 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk

08-92066

### O R D E R

**AND NOW,** this **26th** day of **March, 2012**, it is hereby **ORDERED** that Defendants' Motions for Summary Judgment, listed in Exhibit "A," attached, are **GRANTED.**[1]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] Plaintiffs have not opposed Defendants' motions for summary judgment. As provided under local rules, the Court must independently determine that the moving parties are entitled to judgment as a matter of law. See Loc. R. Civ. P. 7.1(c).

The bases for Defendants' motions are that Plaintiffs have failed to raise a genuine issue of material fact as to whether Plaintiffs' asbestos-related injuries were caused by products manufactured, supplied, or distributed by these Defendants.

Based on the uncontested evidence presented by Defendants, the Court concludes that these Defendants are entitled to judgment as a matter of law.

EXHIBIT A

KARST, et al. v. AW CHESTERTON COMPANY, et al. (2:11-cv-63945) (D. S.C.)

1. Motion for Summary Judgment of Defendant CBS Corp. (doc. no. 24)

2. Motion for Summary Judgment of Defendant Bayer Cropscience, Inc. (doc. no. 27)

3. Motion for Summary Judgment of Defendant Grinnell, LLC (doc. no. 34)

4. Motion for Summary Judgment of Defendant Milwaukee Valve Co. (doc. no. 38)

5. Motion for Summary Judgment of Defendant Goulds Pumps, Inc. (doc. no. 39)

6. Motion for Summary Judgment of Defendant Crane Co. (doc. no. 40)

2:08-cv-92066, Gehrt: Doc. 170, Motion for Summary Judgment of Defendant Owens-Illinois